IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:23-CV-00665

| | |
|---|---|
| TC HEARTLAND LLC,<br><br>*Plaintiff and Counterclaim Defendant,*<br><br>v.<br><br>SUSAN S. SCHIFFMAN,<br><br>*Defendant and Counterclaim Plaintiff.* | NOTICE OF SELECTION OF MEDIATOR |

Pursuant to the Court's order approving the Joint Rule 26(6) Report and the Court's Mediation Scheduling Order, the parties have agreed that the mediation will be conducted by Ward Davis of Miles Mediation & Arbitration.

This the 20th day of June 2025.

                                                          */s/ Stephen Shackelford, Jr.*

                                                          Stephen Shackelford, Jr.
                                                          (NYS Bar No. 5393657)
Appearing Specially LR 83.1(d)
Geng Chen (NYS Bar No. 5377262)
Appearing Specially LR 83.1(d)
Y. Gloria Park (NYS Bar No.: 5477047)
Appearing Specially LR 83.1(d)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Tel: (212) 336-8330
Fax: (212) 336-8340
sshackelford@susmangodfrey.com
gchen@susmangodfey.com
gpark@susmangodfrey.com

Davida Brook (CAS Bar No. 275370)
Appearing Specially LR 83.1(d)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
dbrook@susmangodfrey.com

Bradley M. Risinger
(NC State Bar No. 23629)
FOX ROTHSCHILD LLP
301 Hillsborough Street, Suite 1120
Raleigh, NC 27603
Tel: (919) 755-8700
brisinger@foxrothschild.com

*Counsel for Plaintiff*


*/s/ Kevin M. Bell*

Kevin M. Bell
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
Tel: (202) 677-4030
kevin.bell@agg.com
*Appearing Specially L.R. 83.1(d)*

Matthew D. Zapadka
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, D.C. 20037
Tel (202) 677-4030
Matthew.zapadka@agg.com
*Appearing Specially L.R. 83.1(d)*

Mark R. Kutny
HAMILTON STEPHENS
STEELE + MARTIN, PLLC
525 N. Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Tel: (704) 344-1117

Fax: (704) 344-1483
mkutny@lawhssm.com

*Counsel for Defendant*