UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TC HEARTLAND LLC,

    *Plaintiff and Counterclaim Defendant,*

v.

SUSAN S. SCHIFFMAN,

    *Defendant and Counterclaim Plaintiff.*

Case No. 1:23-cv-00665-CCE-JLW

## JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIMS I AND II

Currently pending before the Court is Plaintiff TC Heartland LLC's ("Plaintiff") Motion to Dismiss Counterclaims I and II filed by Defendant. *See* D.E. 44. The parties have met and conferred and agreed to the following:

Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), Defendant Susan S. Schiffman ("Defendant") and Plaintiff, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of Count I (Vexatious Litigation) and II (Tortious Interference with a Business Expectancy) of Defendant's counterclaims, without prejudice. Defendant retains the right to amend her counterclaims, including adding additional counterclaims, during the time period set forth in the Scheduling Order. *See* D.E. 39 and 41. Plaintiff agrees it will not use Defendant's current voluntary dismissal to argue waiver or estoppel if such claims are amended and realleged during the time period set forth in the Scheduling

Order for amendment of pleadings. Plaintiff reserves the right to oppose any proposed amendment on the ground that it is not proper under Federal Rule of Civil Procedure 15 and 16.

Respectfully submitted, this 11th day of July 2025.

| | |
|---|---|
| s/ *Kevin Bell* | /s/ *Stephen Shackelford* |
| ARNALL GOLDEN GREGORY LLP | Stephen Shackelford, Jr. |
| | (NYS Bar No. 5393657) |
| Kevin M. Bell (Maryland Bar #14832) | *Appearing Specially LR 83.1(d)* |
| *Appearing Specially L.R. 83.1(d)* | Geng Chen (NYS Bar No. 5377262) |
| Matthew D. Zapadka (VA Bar #88140) | Y. Gloria Park (NYS Bar No.: 5477047) |
| Andrew Beverina (DC Bar # 464897) | SUSMAN GODFREY L.L.P. |
| Richard Cleland (DC Bar #90003306) | One Manhattan West |
| April Meeks (GA Bar#963911) | New York, NY 10001 |
| | Tel: (212) 336-8330 |
| 2100 Pennsylvania Ave. NW, | Fax: (212) 336-8340 |
| Suite 350S | sshackelford@susmangodfrey.com |
| Washington, DC 20037 | gchen@susmangodfey.com |
| Phone: (202) 677-4030 | gpark@susmangodfrey.com |
| E-mail: kevin.bell@agg.com | |
| E-mail: matthew.zapadka@agg.com | Davida Brook (CAS Bar No. 275370) |
| E-mail: andrew.beverina@agg.com | *Appearing Specially LR 83.1(d)* |
| E-mail: richard.cleland@agg.com | SUSMAN GODFREY L.L.P. |
| E-mail: april.meeks@agg.com | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| HAMILTON STEPHENS | Tel: (310) 789-3100 |
| STEELE + MARTIN, PLLC | Fax: (310) 789-3150 |
| | dbrook@susmangodfrey.com |
| /s/ *Mark Kutny* | |
| Mark R. Kutny (NC Bar # 29306) | Bradley M. Risinger |
| 525 N. Tryon St., Suite 1400 | *Appearing Specially LR 83.1(d)* |
| Charlotte, North Carolina 28202 | (NC State Bar No. 23629) |
| Phone: (704) 344 1117 | FOX ROTHSCHILD LLP |
| Fax: (704) 344-1483 | 301 Hillsborough Street, Suite 1120 |
| E-mail: mkutny@lawhssm.com | Raleigh, NC 27603 |
| | Tel: (919) 755-8700 |
| *Counsel for Defendant Susan S. Schiffman* | brisinger@foxrothschild.com |
| | |
| | *Counsel for Plaintiff TC Heartland, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I caused a copy of the foregoing to be served via the Court's Electronic Filing ("ECF") system upon counsel registered to receive ECF notifications in this case.

/s/ *Mark Kutny*
Mark R. Kutny (NC Bar # 29306)
525 N. Tryon St., Suite 1400
Charlotte, North Carolina 28202
Phone: (704) 344 1117
Fax: (704) 344-1483
E-mail: mkutny@lawhssm.com